UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON C. PURISIMA,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF LOS ANGELES, C.A., et al.,<br><br>      Defendants. | 1:25-CV-4801 (LLS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LOUIS L. STANTON, United States District Judge:

  By order dated May 29, 2013, the court barred Plaintiff from filing any future civil action in this court *in forma pauperis* ("IFP") without first obtaining the court's leave to file. *See Purisima v. Comm'r of Soc. Sec.*, ECF 1:13-CV-1068, 7 (S.D.N.Y. May 29, 2013). Plaintiff files this new *pro se* civil action and seeks IFP status, but he has not sought leave from the court to file. The Court therefore dismisses this action without prejudice due to Plaintiff's failure to comply with the court's May 29, 2013 order in *Purisima*, ECF 1:13-CV-1068, 7.

  The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

  SO ORDERED.

Dated: June 17, 2025
    New York, New York

                                Louis L. Stanton
                                  U.S.D.J.