**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTON C. PURISIMA,

                Plaintiff,

      -against-                              25 **CIVIL** 4801 (LLS)

                                                                  <u>**JUDGMENT**</u>

CITY OF LOS ANGELES, C.A., et al..,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 18, 2025, the Court dismisses this action without prejudice due to Plaintiffs failure to comply with the court's May 29, 2013 order in Purisima, ECF 1:13-CV-1068, 7.

**Dated:**  New York, New York

      June 20, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**

               **BY:**
                                          _____
                                           **Deputy Clerk**